373 A.2d 455
**COMMONWEALTH of Pennsylvania**
v.
**Daniel AMAKER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 1976.

Decided June 3, 1977.

Harry Siegel, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.